# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LIFE STAR PHARMACY, INC. D/B/A ) <br> LIFE STAR PHARMACY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPRESS SCRIPTS, INC., ) <br> ) <br> Defendant. ) | Case No. 4:23-cv-00186-JAR |

## NOTICE OF SETTLEMENT

Plaintiff Life Star Pharmacy, Inc. d/b/a Life Star Pharmacy, by and through its undersigned counsel, hereby notifies the Court that a settlement in this cause has been reached and is in the process of being finalized. Plaintiff intends to file a stipulation of dismissal with prejudice within sixty (60) days.

Dated: September 11, 2025

Respectfully submitted,

**FRIER LEVITT, LLC**

By: /s/ Jason Silberberg, Esq.
Jonathan E. Levitt, Esq.
Todd Mizeski, Esq.
Jason N. Silberberg, Esq.
Diana Ryzhova, Esq.
Michael N. Sheflin, Esq.
84 Bloomfield Avenue
Pine Brook, NJ 07058
Telephone: (973) 618-1660
jlevitt@frierlevitt.com
tmizeski@frierlevitt.com
jsilberberg@frierlevitt.com
dryzhova@frierlevitt.com
msheflin@frierlevitt.com

***ATTORNEYS FOR PLAINTIFF***

HB: 4901-2499-5175.1

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 10th day of September, 2025, a copy of the foregoing document was filed with the Clerk of the Court and served upon counsel of record via the Court's ECF system.

                                          /s/ Jason Silberberg, Esq.

HB: 4901-2499-5175.1